# UNITED STATES DISTRICT COURT
## District of Minnesota

Abner Ezequiel Rosa Ramos,

Petitioner,

v.

David Easterwood, Kristi Noem, Todd Lyons, Pam Bondi,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-482 KMM/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Petition for a Writ of Habeas Corpus [ECF 1] is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Abner R. Because the Court previously ordered Abner R. not to be transferred out of the District of Minnesota, and to be returned to the District if he had already been moved, the Court assumes that he will be promptly released in Minnesota.

4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred. If Petitioner was removed from the District and has not been returned as previously ordered, Respondents should immediately notify the Court of when he will be returned and released.

Date: 1/24/2026

KATE M. FOGARTY, CLERK